FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AARON JAVIER TAMAYO, Defendant. | Criminal Case No. 08CR0830-H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about March 4, 2008, within the Southern District of California, defendant AARON JAVIER TAMAYO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alejandro Rodriguez-Montiel, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/19/08.

KAREN P. HEWITT
United States Attorney

[signature]

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
3/10/08