SCHROTH & SCHROTH
ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521

Attorney for Defendant, Aaron Javier Tamayo

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JAVIER TAMAYO,<br><br>Defendants. | Criminal Case No.: 08CR0830H<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Marilyn L. Huff |

The Parties herein hereby move the Court for a continuance of the sentencing hearing in the above captioned matter currently set for June 16, 2008, at 9:00 a.m. Additional time is needed to gather necessary biographical information necessary to properly prepare the sentencing report. The Parties are jointly request that sentencing hearing be continued to July 21, 2008 at 9:00 a.m., before the Hon. Marilyn L. Huff in this District Court.

DATED: May 6, 2008____

Respectfully Submitted,

_s/Robert E. Schroth____
Robert E. Schroth, Sr.
Defendant Aaron Tamayo