ROBERT E. SCHROTH, SR, . (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521

Attorney for Defendant, Aaron Javier Tamayo

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AARON JAVIER TAMAYO,<br>Defendant. | Criminal Case No.: 08CR0830H<br><br>**AMENDED JOINT MOTION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Marilyn L. Huff |

I, Aaron Javier Tamayo, the defendant in the above captioned matter, having been released on Bond, hereby acknowledge that the Court has granted the parties Joint Motion for a continuance of the Sentencing Hearing herein from the currently scheduled date of June 16, 2008 at 9:00 A.M., to September 15, 2008 at 9:00 A.M. and I promise to appear before the Court at said date and time.

Dated: May 23, 2008

Aaron Javier Tamayo
Defendant