FILED

08 MAY 30 PM 4:19

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AARON JAVIER TAMAYO,<br>Defendant. | Case No.: 08 CR 0830 H<br><br>**ORDER CONTINUING SENTENCING HEARING** |

The parties having filed a Joint Motion for Continuance of the Sentencing Hearing from the currently scheduled date of June 16, 2008 at 9:00 A.M., to **September 15, 2008 at 9:00 A.M**. and good cause appearing. The Court finds that time is excludable under the speed trial act. The Defendant is on bond and has filed an Acknowledgment of Next Court Date.

**IT IS SO ORDERED**

Dated: 5/30, 2008

Hon. Marilyn L. Huff
U.S. District Court

ROBERT E. SCHROTH, SR, . (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521

Attorney for Defendant, Aaron Javier Tamayo

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JAVIER TAMAYO,<br><br>Defendant. | Criminal Case No.: 08CR0830H<br><br>**AMENDED JOINT MOTION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Marilyn L. Huff |

I, Aaron Javier Tamayo, the defendant in the above captioned matter, having been released on Bond, hereby acknowledge that the Court has granted the parties Joint Motion for a continuance of the Sentencing Hearing herein from the currently scheduled date of June 16, 2008 at 9:00 A.M., to September 15, 2008 at 9:00 A.M. and I promise to appear before the Court at said date and time.

Dated: May 23, 2008

[signature]
Aaron Javier Tamayo
Defendant

ROBERT E. SCHROTH, SR, . (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521

Attorney for Defendant, Aaron Javier Tamayo

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON JAVIER TAMAYO,<br><br>Defendant. | Criminal Case No.: 08CR0830H<br><br>**AMENDED JOINT MOTION TO CONTINUE SENTENCING HEARING AND ORDER THEREON**<br><br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Marilyn L. Huff |

The Parties herein hereby move the Court for a continuance of the sentencing hearing in the above captioned matter currently set for June 16, 2008, at 9:00 a.m. Additional time is needed to gather necessary biographical information necessary to properly prepare the sentencing report. The Parties are jointly requesting that the sentencing hearing be continued to September 15, 2008 at 9:00 a.m., before the Hon. Marilyn L. Huff in this District Court. Defendant is out of custody on bond and agrees time is excluded under the speedy trial act while and until the Defendant's guilty plea, previously given before the magistrate judge, is considered and accepted by the District Court.

DATED: May 23, 2008____

Respectfully Submitted,

_s/Robert E. Schroth____
Robert E. Schroth, Sr.
Defendant Aaron Tamayo